AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| WILLIAM ANDREW CLARKE | ) | Case No. 1:14-MJ-239 |
| | ) | |
| *Defendant(s)* | ) | |

FILED MAY 1 3 2014

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/1/2013 to 10/11/2013__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Knowingly used any facility and means of interstate and foreign commerce to attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, including Section 18.2-61(a)(iii) of the Code of Virginia (rape of child under 13 years of age), Section 18.2-67.1(a)(i) of the Code of Virginia (forcible sodomy of child under 13 years of age), Section 18.2-67.3(a)(i) of the Code of Virginia (aggravated sexual battery of child under 13 years of age), or attempt to do so. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Matthew Gardner, AUSA

*Complainant's signature*

ICE Special Agent Kris Eyler
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/13/2014

City and state: Alexandria, Virginia

/s/Thomas Rawles Jones, Jr.
*Judge's signature*

Honorable T. Rawles Jones, Jr.
U.S. Magistrate Judge
*Printed name and title*