IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:14-CR-246 |
| v. | Hon. Claude M. Hilton |
| WILLIAM CLARKE,<br>     Defendant. | Trial Date:  February 23, 2015 |

## **GOVERNMENT'S RULE 16(a)(1)(G) NOTICE**

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and Rules 702, 703, and 705 of the Federal Rules of Evidence, the United States hereby notices its intent to use expert testimony.  The United States may call Herndon Detective Michael Croson as an expert witness identified as discussed below.  The statement of expert qualifications for Detective Croson has been provided to defense counsel.  Those qualifications, along with review of relevant reports, facts, and evidence, set forth the bases for his opinions.

Detective Croson is employed as a Detective with the Herndon Criminal Investigative Service, and he is assigned to the High Tech Crimes Unit and the Internet Crimes Against Children Task Force.  He has been certified as a Cellbrite Logical Operator and Cellbrite Physical Analyst.  Detective Croson is expected to provide testimony relating to the computer forensic examination of computer equipment that he conducted in connection with the investigation into William Clarke, specifically he will testify about his review of William Clarke's iPhone (Model Number: A1387, FCC ID Number: BCG-E2430A) using Cellbrite.

Detective Croson's testimony will involve his technical and specialized knowledge regarding the forensic examination of computer equipment.  Detective Croson is expected to

testify concerning the forensic examination he conducted on the iPhone, including testimony of the images, videos, emails, and chats he recovered from the iPhone. Among other information, he will testify about chats he recovered from the iPhone in which Clarke discussed his sexual interest in children and instances in which he engaged in sexual activity with children or attempted to do so. Detective Croson will describe the process and purpose of conducting his examination using the Cellbrite software and the results of the examination. Thus, Detective Croson will be more in the nature of a "fact" witness explaining how he recovered certain evidence from the equipment he examined.

The United States has provided the defense with access to the Cellbrite image of Clarke's iPhone and will continue to accommodate any reasonable request by the defense to review that image.

Date: February 9, 2015

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____
Matt J. Gardner
Assistant United States Attorneys
Scott A. Claffee
Special Assistant United States Attorney (LT)
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 837-8342
Email: matthew.gardner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

    Karin R. Porter, Esq.
    David B. Benowitz, Esq.
    Price Benowitz, LLP
    10605 Judicial Dr., Bldg. A-1
    Suite 200
    Fairfax, VA 22030
    Phone: 703-399-1220
    Karin@pricebenowitz.com
    david@pricebenowitz.com

    Dana J. Boente
    United States Attorney

By:     /s/
    Matt Gardner
    Assistant United States Attorney
    United States Attorney's Office
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Phone: (703) 299-3700
    Fax: (703) 837-8342
    Email: matthew.gardner@usdoj.gov